IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Criminal. No. 06-936(KSH) |
| MOHAMED HUSSEIN | ORDER |
| Defendant | |

This matter having come before the Court for a final determination of the restitution amount in the above - captioned matter and Chester M. Keller, Assistant Federal Public Defender (attorney for the defendant, Mohamed Hussein) and Andrew Kogan, Assistant United States Attorney (attorney for the United States) and Denise Morales, United States Probation Officer, appearing and argument heard and briefs submitted

IT IS, on this 20th day of December, 2011,

ORDERED that restitution is ordered in the amount of $7,226.91 to be paid in the amount of $50.00 per month until paid in full. If the financial situation of Mr. Hussein changes, the monthly payment can be revised.

HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT COURT JUDGE